UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 DEC 19  PM 3: 20

CLERK

BY _____
DEPUTY CLERK

TRICIA BILODEAU,                          )
                                          )
        Plaintiff,                        )
                                          )
    v.                                    )        Case No. 5:22-cv-101
                                          )
USINAGE BERTHOLD, INC. and BERT           )
TRANSMISSION,                             )
                                          )
        Defendants.                       )

## ORDER

A review of the court's records indicates that attorney McGuire is not admitted to practice in

the District of Vermont.  Nor has he obtained local counsel and filed a pro hac vice motion.  The court

orders that within fifteen (15) days, attorney McGuire take the necessary steps for admission or file a

motion to be admitted pro hac vice.

Dated at Burlington, in the District of Vermont, this 19th day of December, 2023.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court