UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAR -8 AM 9:54

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| TRICIA BILODEAU, Individually, and as Administrator of the Estate of MATTHEW BILODEAU,   )<br>)<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>USINAGE BERTHOLD, INC. and BERT TRANSMISSION, a Division of Usinage Berthold, Inc.,   )<br>)<br>)<br>)<br>Defendants.   ) | Case No. 5:22-cv-101 |

### ORDER CONCERNING MOTION FOR SANCTIONS
(Doc. 18)

On March 6, 2024, the parties appeared for a hearing on the plaintiff's motion for sanctions. Plaintiff's counsel reported that she has received no response to the outstanding interrogatories and requests to produce served in September 2023. These were the subject of a previous hearing on December 13, 2023.

At the hearing on March 6, 2024, defense counsel stated that he has no record of receiving any interrogatories or requests to produce and is prepared to answer the discovery immediately. He also stated that he is not admitted to practice in the District of Vermont. The defense intends to offer one of its officers or employees as an expert on issues related to the design and safety of the race car jack at issue in this case.

The court takes the motion for sanctions under advisement and orders as follows:

1. No later than March 13, 2024, counsel admitted to practice in the District of Vermont shall file a notice of appearance with the court.

2. No later than March 13, 2024, defendant shall answer in full the outstanding interrogatories and requests to produce.
3. Not later than March 13, 2024, defendant shall serve its initial disclosures pursuant to F.R.Civ.P. 26(a)(1)(A)-(E).
4. Plaintiff shall provide expert witness reports within ten (10) days. Defendant shall provide expert witness reports not later than April 6, 2024.

If an attorney admitted to practice in Vermont does not appear as directed, the court will issue an order to show cause. If defendant fails to respond fully to plaintiff's discovery requests, plaintiff may renew its motion for sanctions, including the potential sanction of default on liability issues.

Dated at Burlington, in the District of Vermont, this 7th day of March, 2024.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court